MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,   )<br>  )<br>    vs.    )<br>  )<br>DARREN TEAGLE,  )<br>  )<br>         Defendant.   )<br>_____ ) | NO. CR05-5329<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION |

Based upon a review of the files and records herein and upon Defendant's motion for early termination of probation, it is hereby,

ORDERED that defendant's term of probation be terminated effective <u>March 14, 2006.</u>

DONE this 14th day of March, 2006.

s/ J Kelley Arnold
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
Russell V. Leonard
Attorney for Defendant

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF PROBATION – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 401
Tacoma, Washington  98402
(253) 593-6710